NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CINDY GOLD,                              )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D17-2167
                                         )
SUPERIOR AUTO BODY SHOP,                 )
INCORPORATED, a Florida Profit           )
Corporation,                             )
                                         )
            Appellee.                    )
_____  )

Opinion filed March 14, 2018.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

Adam J. Fernandez and Jeffrey "Jack"
Gordon of Maney & Gordon, P.A., Tampa,
for Appellant.

Walter E. Smith, St. Petersburg, for
Appellee.


PER CURIAM.

            Affirmed.


KELLY, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.